```
1  CHRISTOPHER CHIOU, NVSBN 14853
   Acting United States Attorney
2  District of Nevada

3  Chantal Jenkins
   Special Assistant United States Attorney
4  Social Security Administration
   160 Spear Street, Suite 800
5  San Francisco, CA 94105
   Telephone: (415) 977-8931
6  Facsimile: (415) 744-0134
   Email:  chantal.jenkins@ssa.gov
7
   Attorneys for Defendant
8
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ZAKKARY C. EREVIA, | Case No.: 2:20-cv-01153-VCF |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTOIN FOR REVERAL AND/OR REMAND (FIRST REQUEST)** |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Defendant Andrew Saul, Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal and/or Remand (Motion) from June 11, 2021 to July 11, 2021.  This is Defendant's first request for extension to respond to Plaintiff's Motion and third request in this case.  Defendant respectfully requests this additional time because counsel is currently in the process of determining if a settlement agreement is possible.  If the case cannot be settled, then Defendant's counsel will draft the responsive brief.

Counsel contacted Plaintiff on June 9, 2021 and Plaintiff does not object to this request.

This request is made in good faith with no intention to unduly delay the proceedings.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted this June 9, 2021.

            CHRISTOPHER CHIOU
            Acting United States Attorney

*/s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney

OF COUNSEL:

DEBORAL LEE STACHEL
Regional Chief Counsel, Region IX

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

June 10, 2021
DATED:_____

# CERTIFICATE OF SERVICE

I, Chantal R. Jenkins, certify that the following individual was served with a copy of the MOTION FOR EXTENSION OF TIME on the date and via the method of service identified below:

**Cyrus Safa**
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
562-868-5886
Fax: 562-868-5491
Email: cyrus.safa@rohlfinglaw.com

**Leonard Stone**
710 S Fourth Street
Las Vegas, NV 89101
702-385-2220
Email: lstone@shookandstone.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 9, 2021

/s/ *Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney